BENJAMIN B. WAGNER
United States Attorney
KYLE REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

FILED
AUG 27 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF: | S.W. NO. 2:13-MJ-0272 EFB |
| PERCY LOVE III | ORDER RE: REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the criminal complaint, the accompanying affidavit, and arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, until the execution of the arrest warrant.

Date: 8-27-13

_____
EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California

1