IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERCY LOVE, III,<br><br>　　　　Defendant. | CASE NO. 2:13-CR-00306 TLN<br><br>**ORDER GRANTING REQUEST TO FILE DOCUMENTS UNDER SEAL FOR IN CAMERA REVIEW** |

　　　On March 3, 2014, the United States of America lodged documents with the Court pending a ruling on the accompanying Request to File Documents Under Seal, also lodged with the Court pending a ruling. All necessary standards for filing under seal having been met, for the reasons set forth in the Request, the Court GRANTS the motion. The documents and accompanying request to file under seal shall be filed under seal, and will be served by the Clerk <u>only</u> to Government counsel of record.

Dated: March 10, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge