PAUL R. IRISH, SBN 61592
Attorney at Law
2001 "S" Street
Sacramento, California   95811
Telephone:   (916) 454-0966

Attorney for Defendant
PERCY LOVE, III

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:13-CR-00306-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING MOTION HEARING |
| vs. | ) | |
| | ) | |
| PERCY LOVE, III, | ) | Date:  May 22, 2014 |
| | ) | Time:  9:30 a.m. |
| Defendant. | ) | Court: Honorable Troy L. Nunley |
| _____ | ) | |

     IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Kyle Reardon, Assistant U.S. Attorney, attorney for plaintiff   and Paul R. Irish, attorney for defendant Percy Love, III, that the previously noticed motion hearing date of May 22, 2014, be vacated and the matter rescheduled for June 26, 2014 at 9:30 a.m.

     The request to continue the motion hearing is made for the following reasons:

     (1)    Additional time is needed to complete ongoing investigation and preparation for the matters at issue and,

     (2)    To conduct further plea negotiations, which could potentially render the motion hearing moot.

     For these reasons, both parties are requesting additional time for attorney

preparation.  The Government and defendant agree that an exclusion of time is appropriate under 18 U.S.C. §3161(h)(7)(B)(iv); (Local Code T4, reasonable time to prepare).   Additionally, time may be excluded pursuant to 18 U.S.C. §3161(h)(1)(D), (Local Code E, pretrial motion).

Assistant U.S. Attorney Kyle Reardon agrees to this request and has authorized defendant's attorney, Paul R. Irish to sign this Stipulation on his behalf.


DATED:        5/15/2014                  /s/ Paul R. Irish
                                         PAUL R. IRISH, Attorney for Defendant
                                         PERCY LOVE, III


DATED:        5/15/2014                  /s/ Paul R. Irish for
                                         KYLE REARDON
                                         Assistant U.S. Attorney


## ORDER

Having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, the court orders that the hearing currently noticed for May 22, 2014, shall be rescheduled to June 26, 2014 at 9:30 a.m.

The Court further finds that, sufficient factual basis exists to exclude time under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(7)(B)(iv); (Local Code T4, reasonable time to prepare and, 18 U.S.C. §3161(h)(1)(D) (Local Code E, pretrial motion).


Dated: May 16, 2014

                                         Troy L. Nunley
                                         United States District Judge