IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case №: 2:13-cr-0306 TLN |
| Plaintiff, | ) ) | **O R D E R** |
| vs. | ) ) | **APPOINTING COUNSEL** |
| PERCY LOVE III, | ) ) | |
| Defendant. | ) ) | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.

OFFENSE: 18 USC § 1591

CJA Panel attorney Dustin D. Johnson is hereby appointed as stand-by counsel effective October 24, 2014, the date the Office of the Federal Defender first contacted him.

**APPOINTED COUNSEL IS ORDERED TO RETAIN THE SIGNED *FINANCIAL AFFIDAVIT* SUPPORTING APPOINTMENT.**

Dated: October 24, 2014

_____
Troy L. Nunley
United States District Judge

ORDER APPOINTING COUNSEL      1