UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERCY LOVE, III,<br><br>Defendant. | No. 2:13-cr-00306-TLN<br><br>**ORDER** |

The hearing date for Defendant Percy Love III's Motion for New Trial (ECF No. 175) and Motion for Acquittal (ECF No. 176) is hereby set for September 24, 2015 at 9:30 A.M. in Courtroom 2. The Government's Oppositions are due within two weeks of entry of this Order. Defendant's Replies, if any, are due within three weeks of the filing of the Government's Oppositions.

Dated: August 3, 2015

Troy L. Nunley
United States District Judge

1