1  Dustin D. Johnson (SBN: 234008)
   The Law Offices of Dustin D. Johnson
2  2701 Del Paso Road, Suite 130-155
   Sacramento, CA  95835
3  Phone: (877) 377-8070
   Fax: (916) 244-9889
4
   Standby Counsel for PERCY LOVE, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO.: 2:13-CR-306-TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING |
| v. | |
| PERCY LOVE, III, | **Judge:  Hon. Troy L. Nunley** |
| Defendant. | **Time: 9:30 a.m.** |
| | **Date:  December 10, 2015** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH and JASON HITT, Assistant United States Attorneys, and Dustin D. Johnson, Stand by Counsel for PERCY LOVE, III, In Pro Se, that the Judgment and Sentencing hearing date of September 24, 2015 be vacated, and the matter be set for Judgment and Sentencing on December 10, 2015 at 9:30 a.m. The reason for this continuance is to allow the defense additional time to prepare for judgment and sentencing. Due to the extensive nature of the case and the severity of the recommended sentence the defense needs more time to respond to the PSR and prepare for the judgment and sentencing hearing.

The prosecutors have authorized defense counsel to sign this stipulation on there behalf.

The probation officer has no objection to continuing the judgment and sentencing hearing to December 10, 2015.

///

– 1 –

The probation officer provided the following briefing schedule based on the new Judgment and Sentencing Date of December 10, 2015.

- Reply, or Statement of Non-Opposition:  December 3, 2015
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 26, 2015
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: November 19, 2015
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  November 12, 2015
- The proposed Presentence Report shall be disclosed to counsel no later than:  October 29, 2015

Dated:  September 2, 2015                     Respectfully submitted,


/s/ Dustin D. Johnson
Dustin D. Johnson
Stand by Counsel for Percy Love, III


Dated:  September 2, 2015                     BENJAMIN WAGNER

United States Attorney


/s/ Michele Beckwith (approved via email)
MICHELE BECKWITH
Assistant U.S. Attorney


/s/ Jason Hitt (approved via email)
JASON HITT
Assistant U.S. Attorney

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Standby Counsel for PERCY LOVE, III

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERCY LOVE, III,<br><br>Defendant. | CASE NO.:   2:13-CR-306-TLN<br><br>ORDER<br><br>**Judge:  Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date:  December 10, 2015** |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that 1) the Judgment and Sentencing hearing date of September 24, 2015 be vacated, 2) the matter be set for judgment and sentencing on December 10, 2015 at 9:30 a.m, and 3) the following briefing schedule be adopted:

- Reply, or Statement of Non-Opposition:  December 3, 2015
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: November 26, 2015
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: November 19, 2015
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  November 12, 2015

////

////

- The proposed Presentence Report shall be disclosed to counsel no later than: October 29, 2015

Dated:  September 3, 2015

                                                  Troy L. Nunley  
                                                  United States District Judge