Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Percy Love, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>PERCY LOVE, III,<br><br>            Defendant. | Case No.  2:13-cr-306 TLN<br><br>**STIPULATION AND ORDER RE: BRIEFING SCHEDULE FOR J&S**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: January 14, 2016** |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH and JASON HITT, Assistant United States Attorneys, and DUSTIN D. JOHNSON, Counsel for PERCY LOVE, III that the briefing schedule for the judgment and sentencing hearing scheduled on January 14, 2016 will be as follows:

- Reply, or Statement of Non-Opposition:  January 7, 2016
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 31, 2015
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: December 24, 2015
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  December 17, 2015

///

1

The prosecutors have authorized defense counsel to sign this stipulation on their behalf. The probation officer has no objection to this briefing schedule.

Dated:  December 3, 2015          Respectfully submitted,

/s/ Dustin D. Johnson
Dustin D. Johnson
Stand by Counsel for Percy Love, III

Dated:  December 3, 2015          BENJAMIN WAGNER
United States Attorney

/s/ Michele Beckwith (approved via email)
MICHELE BECKWITH
Assistant U.S. Attorney

/s/ Jason Hitt (approved via email)
JASON HITT
Assistant U.S. Attorney

Dustin D. Johnson (SBN: 234008)
The Law Offices of Dustin D. Johnson
2701 Del Paso Road, Suite 130-155
Sacramento, CA  95835
Phone: (877) 377-8070
Fax: (916) 244-9889

Attorney for Percy Love, III

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PERCY LOVE, III,<br><br>Defendant. | Case No.  2:13-cr-306 TLN<br><br>**ORDER RE: BRIEFING SCHEDULE FOR J&S**<br><br>**Judge: Hon. Troy L. Nunley**<br>**Time: 9:30 a.m.**<br>**Date: January 14, 2016** |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the briefing schedule for the J&S hearing currently set for January 14, 2016 be adopted:

- Reply, or Statement of Non-Opposition:  January 7, 2016
- Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: December 31, 2015
- The Presentence Report shall be filed with the Court and disclosed to counsel no later than: December 24, 2015
- Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than:  December 17, 2015

Dated:  December 4, 2015

_____
Troy L. Nunley
United States District Judge

3