UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:13-cr-00306-TLN |
| Plaintiff, | |
| v. | **ORDER** |
| PERCY LOVE III, | |
| Defendant. | |

      This matter is before the Court on remand from the Ninth Circuit Court of Appeals for the limited purpose of granting or denying a certificate of appealability for Defendant Percy Love III ("Defendant"). (ECF No. 305.)

      Defendant filed multiple *pro se* motions for extensions of time to file a 28 U.S.C. § 2255 ("§ 2255") motion. (ECF Nos. 295, 297.) Defendant sought these extensions based on COVID-19 lockdowns in his prison facility and other delays. (*See id.*) The Court denied Defendant's initial motion by written order, stating that Defendant had not yet filed a viable § 2255 motion and the motion for extension of time did not contain sufficient factual allegations to be construed as a § 2255 motion. (ECF No. 296 at 4–5.) Defendant was never served with the Court's order and thus filed two subsequent, substantially identical motions for extensions of time to file a § 2255 motion. (ECF Nos. 299, 300.) The Court denied these requests by written order for the

same reasons articulated in the previous order and directed the Clerk of Court to serve Defendant with both orders.  (ECF No. 301.)  Defendant appealed.  (ECF No. 302.)

      A certificate of appealability may be issued "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  In the instant case, Defendant never presented factual allegations — or even any argument — as to how his constitutional rights were violated.  Accordingly, the Court declines to issue a certificate of appealability.  The Clerk of the Court is directed to serve a copy of this Order on the Ninth Circuit in Case No. 21-16517 and Defendant.

      IT IS SO ORDERED.

Dated:  October 28, 2021

Troy L. Nunley
United States District Judge