PHILLIP A. TALBERT
United States Attorney
JASON HITT
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:13-CR-00306-TLN-JDP |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION FOR EXTENSION OF TIME |
| v. | |
| PERCY LOVE, III, | |
| Defendant. | |

On August 28, 2023, the Government requested an extension of time to September 6, 2023, to file its response to the defendant's motion to vacate pursuant to 28 U.S.C. § 2255. Docket No. 310.

IT IS HEREBY ORDERED that the Government's request for an extension is granted. The Government's response is now due September 6, 2023.

IT IS SO ORDERED.

Dated: August 29, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE